IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SA INTERNATIONAL HOLDING, LLC, a California limited liability company,<br><br>Defendant. | 8:23CV331<br><br>ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL |

This case is before the Court on the Stipulation for Voluntary Dismissal, signed by both parties. Filing 17. The parties state that they stipulate and agree to voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of all of Plaintiff's claims against Defendant SA International Holding, LLC, the last remaining defendant, with each party to bear its own costs and attorneys' fees. Accordingly,

IT IS ORDERED that the parties' Stipulation for Voluntary Dismissal, Filing 17, is granted. All of Plaintiff's claims against Defendant SA International Holding, LLC, are dismissed, with each party to bear its own costs and attorneys' fees.

Dated this 18th day of January, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge